# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1273
_____

OLGA DUBON-GONZALEZ,

    Appellant,

    v.

AMERICAN AIRLINES and
SEDGWICK CMS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: May 15, 2021

July 29, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.